1 SHERYL K. ITH (STATE BAR NO. 225071)
JENNIFER H. WANG (STATE BAR NO. 242998)
2 jwang@cookseylaw,com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
3 A Professional Corporation
535 Anton Boulevard, 10th Floor
4 Costa Mesa, California 92626
Telephone:   (714) 431-1100
5 Facsimile:   (714) 431-1145

6 Attorneys for Creditor,
AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL
7

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

10

11 In re                                              CASE NO. 15-10571 AJ

12 CESAR ARTURO VARGAS REYES,                         Chapter 13

13                                                    STIPULATION RESOLVING OBJECTION
                                                      TO CONFIRMATION OF PROPOSED
14                          Debtor                    CHAPTER 13 PLAN

15                                                    Final Hearing Date and Time:
                                                      Date:  11/10/2015
16                                                    Time:  10:00 am
                                                      Ctrm:  Santa Rosa Courtroom
17

18          Secured  Creditor, AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL

19 ("GMF"), by and through its attorneys of record  herein, Cooksey, Toolen, Gage, Duffy & Woog,

20 P.C., by Jennifer H. Wang and Debtor, CESAR ARTURO VARGAS REYES, by and though his

21 counsel of record herein, Evan Livingstone (hereinafter referred to as the "Parties"), hereby submit

22 the following stipulation.

23          WHEREAS the Debtor herein has filed Bankruptcy Case No. 15-10571, which included the

24 debt associated with the purchase of the 2002 Toyota Tru Tundra, Vehicle Identification No.

25 5TBRT38182S319328 (the "Vehicle") financed by GMF.

26          WHEREAS, on July 7, 2015, GMF filed its Objection to Confirmation of  Proposed Chapter

27 13 Plan;

28

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1     WHEREAS, the Parties have agreed that GMF's claim shall be valued at $6,416.00;

2     WHEREAS, the Parties have agreed that GMF shall be entitled to pre-confirmation adequate

3 protection payments from the Chapter 13 Trustee in the amount of $150.00 per month for each

4 month this case is pending before the Order Confirming Plan is entered by the Court.

5     NOW, THEREFORE, in consideration of the above recitals, sufficiency of which is hereby

6 acknowledged,

7     IT IS HEREBY STIPULATED that GMF's claim shall be valued at $6,416.00;

8     IT IS FURTHER STIPULATED that GMF shall be entitled to pre-confirmation adequate

9 protection payments from the Chapter 13 Trustee in the amount of $150.00 per month for each

10 month this case is pending before the Order Confirming Plan is entered by the Court.

11     IT IS FURTHER STIPULATED that GMF's objection is deemed withdrawn and the final

12 hearing set for November 10, 2015 at 10:00 am is off calendar.

13

14 IT IS SO STIPULATED:

15

16 Dated:   11/02/2015              /s/ Evan Livingstone

17                                     Evan Livingstone
                                    Attorney for Debtor

18 Dated:   11/2/15

19

20                                 COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

21                                 By:

                                JENNIFER H. WANG
                                Attorneys for Creditor, AMERICREDIT
                                FINANCIAL SERVICES, INC. dba GM
                                FINANCIAL

22

23

24 Approved as to form and content:

25 Dated: 11/04/2015

26                                 DAVID BURCHARD, TRUSTEE

                                Brisa C. Ramirez, Staff Attorney

27                                 for David Burchard, Ch.
                                13 Trustee

28

Case: 15-10571   Doc# 24   Filed: 11/05/15   Entered: 11/05/15 10:16:13   Page 2 of 2