

Signed: November 5, 2015

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

1 SHERYL K. ITH
  (STATE BAR NO. 225071)
2 JENNIFER H. WANG
  (STATE BAR NO. 242998)
3 jwang@cookseylaw.com
  COOKSEY, TOOLEN, GAGE
4  DUFFY & WOOG
  A Professional Corporation
5 535 Anton Boulevard, 10th Floor
  Costa Mesa, California 92626
6 Telephone:    (714) 431-1100
  Facsimile:    (714) 431-1145
7

8 Attorneys for Creditor, AMERICREDIT FINANCIAL
  SERVICES, INC. dba GM FINANCIAL
9

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re | CASE NO. 15-10571 AJ |
| CESAR ARTURO VARGAS REYES, | Chapter 13 |
| Debtor. | ORDER ON STIPULATION RESOLVING OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN |
| | <u>Final Hearing Date and Time:</u><br>Date:   11/10/2015<br>Time:   10:00 am<br>Ctrm:   Santa Rosa Courtroom |

Pursuant to the Stipulation Resolving Objection to Confirmation of Proposed Chapter 13 Plan and good cause appearing,

IT IS HEREBY ORDERED that the terms and conditions set forth in the Stipulation Resolving Objection to Confirmation of Proposed Chapter 13 Plan, filed on November 5, 2015, as document #24, are hereby approved and made order of the court.

**END OF ORDER**

3

COURT SERVICE LIST

**DEBTOR:**

**ATTORNEY FOR DEBTOR**:
To be served electronically

**TRUSTEE:**
To be served electronically

**U.S. TRUSTEE**
To be served electronically

**ATTORNEY FOR MOVANT:**
To be served electronically

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

4