

1  Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE

2  740 4ᵗʰ St, Ste 215
Santa Rosa CA 95404

3  Phone: (707) 206-6570
Fax: (707) 676-9112

4  Email: evanmlivingstone@gmail.com

**Signed and Filed: November 2, 2018**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5  Attorney for Debtor(s) Cesar Arturo Vargas Reyes

6

7

8  UNITED STATES BANKRUPTCY COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  In re:                                                    Case No.      15-10571

11  Cesar Arturo Vargas Reyes                    Chapter      13

12          Debtor(s)                                    **ORDER CONFIRMING MODIFIED**
     _____/        **CHAPTER 13 PLAN**

13

14          Upon consideration of Debtor's MOTION TO MODIFY CHAPTER 13 PLAN filed with

15  the Court on October 1, 2018, and upon the representation of Debtor's counsel that the

16  application was noticed to all creditors, and none objected with the exception of the Chapter 13

17  Trustee who has withdrawn its objection and has affirmatively approved the application,

18  therefore,

19          **IT IS ORDERED** that the MODIFIED CHAPTER 13 PLAN filed on October 1, 2018, is

20  confirmed;

21          **PROVIDED HOWEVER** that notwithstanding anything to the contrary in said plan:

22          1. Any provision of the plan purporting to discharge a debt is not approved. No debt

23  subject to exception from discharge pursuant to §523 of the Bankruptcy Code shall be

24  adjudicated to be discharged or not discharged except in an adversary proceeding.

25          2. No lien on real property shall be removed, avoided or extinguished except by

26  adversary proceeding pursuant to FRB 7001(2) or contested matter pursuant to FRB 3012.

27          3. With the sole exception of the valuation of a claim secured by personal property, a

28  proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. No guidelines incorporated into the plan are binding on the court.

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1. The modified plan payments are 37. Debtor shall make 36 payments in the amount of $179.00, and a single payment of $1,790.00 will be paid by Debtor's automobile insurance company, CSAA Insurance Exchange within 15 days of the court approving the modified plan.

2. The payment of $1,790.00 from CSAA Insurance Exchange will pay the secured portion of the AmeriCredit claim in full.

3. CSAA will pay $4,194.56 directly to the Debtor.

4. Secured creditor AmeriCredit Financial Services, Inc. dba GM Financial will release title to Debtor's vehicle upon completion of debtor's chapter 13 plan.

5. Chapter 13 Attorney's fees are a total $500, all of which were paid prior to filing this case. Debtor's attorney shall receive no additional fees through the Chapter 13 Plan.

** END OF ORDER **

Approved as to Form and Content

/s/BRISA RAMIREZ
_____
Brisa Ramirez, Staff Attorney for
**DAVID BURCHARD** Chapter 13 Trustee

15-10571 - Order Confirming Modified Chapter 13 Plan - Page 2

1

2
Acclaim Credit Technologies
PO Box 3028
3
Visalia, CA 93278-3028

GMAC
P.O. Box 380901
Bloomington, MN 55438-0901

4
Alliance Medical Center
1381 University Ave
5
Healdsburg, CA 95448-3314

Healdsburg District Hospital
1375 University Ave
Healdsburg, CA 95448-3382

6
American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
7
PO Box 248848
Oklahoma City, OK  73124-8848

IRL Law Offices
PO Box 84060
San Diego, CA 92138-4060

8
AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
9
Arlington, TX 76096-3853

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-7999

10
Arrow Fincl (Original Creditor:Hsbc
8589 Aero Drive Suite 600
11
San Diego, CA 92123

Midland Cred (Original Creditor: Cap
8875 Aero Dr Suite 200
San Diego, CA 92123-2255

12
B-Line Inc, LLC
MS-550
13
PO Box 91121
Seattle, WA 98111-9221

Midland Credit Management Inc
8875 Aero Dr Suite 200
San Diego, CA 92123-2255

14
Bank of America
Po Box 1598
15
Norfolk, VA 23501-1598

NCO Fin/22 (Original Creditor: NCO A
POB 4907
Trenton, NJ 08650-4907

16
Cap One
PO Box 85520
17
Richmond VA 23285

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0
San Francisco, CA 94102-3661

18

19
Capital Management Services
726 Exchange, Ste 700
Buffalo, NY 14210-1464

Palisades Acquisition XVI, LLC
P.O. Box 40728
Houston, TX 77240-0728

20
CBA (Original Creditor: 04 City Of S
25954 Eden Landing First Floor
21
Hayward, CA 94545-3816

Santa Rosa Memorial Hospital - Billing
PO Box 4119
Santa Rosa, CA 95402-4119

22
David Burchard
P.O. Box 8059
23
Foster City, CA 94404-8059

Sonoma County Credit S (Original Cr
2455 Bennett Valley Rd C
Santa Rosa, CA 95404-5663

24
Diversified Credit
5567 Mayfield Road
25
Cleveland, OH 44124-2927

Stellar Recovery Inc.
1327 Highway 2 West, Suite 100
Kalispell, MT 59901-3413

26
Franchise Tax Board
Bankruptcy Section MS A340
27
P.O. Box 2952
Sacramento, CA 95812-2952

True North
9 Commercial Blvd, Ste 201
Novato, CA 94949-6139

28