

Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Signed and Filed: June 24, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorney for Debtor Cesar Arturo Vargas Reyes

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Cesar Arturo Vargas Reyes<br><br>        Debtor(s)<br>_____/ | Case No.   15-10571<br>Chapter    13<br>**ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN**<br>Judge:   Hon. Dennis Montali<br>Date    Notice and Opportunity |

Upon consideration of Debtor's MOTION TO MODIFY CHAPTER 13 PLAN filed with the Court on April 6, 2019, and upon the representation of Debtor's counsel that the application was noticed to all creditors, and none objected with the exception of the Chapter 13 Trustee who has withdrawn its objection and has affirmatively approved the application, therefore,

**IT IS ORDERED** that the MODIFIED CHAPTER 13 PLAN filed on April 6, 2019, is confirmed;

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1. The modified plan payments are 36. Debtor shall make 36 payments in the amount of $179.00.

2. Debtor's Attorney's fees are a total $500, all of which were paid prior to filing this case. Debtor's attorney shall receive no additional fees through the Chapter 13 Plan.

\*\* END OF ORDER \*\*

Approved as to Form and Content

/s/BRISA RAMIREZ
Brisa Ramirez, Staff Attorney for
**DAVID BURCHARD** Chapter 13 Trustee

# COURT SERVICE LIST

| | |
|---|---|
| Acclaim Credit Technologies<br>PO Box 3028<br>Visalia, CA 93278-3028 | GMAC<br>P.O. Box 380901<br>Bloomington, MN 55438-0901 |
| Alliance Medical Center<br>1381 University Ave<br>Healdsburg, CA 95448-3314 | Healdsburg District Hospital<br>1375 University Ave<br>Healdsburg, CA 95448-3382 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | IRL Law Offices<br>PO Box 84060<br>San Diego, CA 92138-4060 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-7999 |
| Arrow Fincl (Original Creditor:Hsbc<br>8589 Aero Drive Suite 600<br>San Diego, CA 92123 | Midland Cred (Original Creditor: Cap<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123-2255 |
| B-Line Inc, LLC<br>MS-550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Midland Credit Management Inc<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123-2255 |
| Bank of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | NCO Fin/22 (Original Creditor: NCO A<br>POB 4907<br>Trenton, NJ 08650-4907 |
| Cap One<br>PO Box 85520<br>Richmond VA 23285 | Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 |
| Capital Management Services<br>726 Exchange, Ste 700<br>Buffalo, NY 14210-1464 | Palisades Acquisition XVI, LLC<br>P.O. Box 40728<br>Houston, TX 77240-0728 |
| CBA (Original Creditor: 04 City Of S<br>25954 Eden Landing First Floor<br>Hayward, CA 94545-3816 | Santa Rosa Memorial Hospital - Billing<br>PO Box 4119<br>Santa Rosa, CA 95402-4119 |
| David Burchard<br>P.O. Box 8059<br>Foster City, CA 94404-8059 | Sonoma County Credit S (Original Cr<br>2455 Bennett Valley Rd C<br>Santa Rosa, CA 95404-5663 |
| Diversified Credit<br>5567 Mayfield Road<br>Cleveland, OH 44124-2927 | Stellar Recovery Inc.<br>1327 Highway 2 West, Suite 100<br>Kalispell, MT 59901-3413 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | True North<br>9 Commercial Blvd, Ste 201<br>Novato, CA 94949-6139 |